# United States District Court
## *Southern District of Georgia*
Savannah Division

Robert Alexander )

vs ) CASE NUMBER CV415-61

State of Georgia )

# FOR USE IN PRISONER CIVIL RIGHTS CASES
(All civil cases other than Habeas Corpus cases)

---

CERTIFICATION AND ORDER
ELIGIBILITY TO PROCEED ON APPEAL IN FORMA PAUPERIS

---

I. Eligibility to proceed on appeal in forma pauperis

A. The prisoner has filed with this Court a motion to proceed on appeal in forma pauperis. Under 28 U.S.C. § 1915 (a), as amended by the Prisoner Litigation Reform Act of 1995 (PLRA), the prisoner must submit an affidavit and trust fund account statement, even if permitted to proceed in forma pauperis in the district court. Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (a), this Court hereby

☐ GRANTS the motion to proceed in forma pauperis on appeal,

☑ DENIES the motion to proceed in forma pauperis onappeal for the following reason(s): ____

☑ This Court CERTIFIES that the appeal is not taken in good faith because *No substantial showing of the denial of a constitutional right has been made.*

☐ The prisoner has failed to submit the affidavit required by 28 U.S.C. § 1915(a)(1).

☐ The prisoner has failed to submit the trust fund account statement required by 28 U.S.C. § 1915(a)(2).

☐ Other: _____

_____

_____

II. **Installment Payment Provisions**

Pursuant to 28 U.S.C. § 1915, as amended by the PLRA, and consistent with the prisoner-appellant's signed **CONSENT FORM** (copy attached) authorizing payment of the required $455.00 appellate filing fee from his or her prison account to the district court, this Court hereby **DIRECTS PAYMENT** by the prison account custodian of an **INITIAL PARTIAL FILING FEE**, which shall be the **GREATER** of the following amounts:

(1) 20% of the **average monthly deposits** to the prisoner's account for the six-month period immediately preceding the date the notice of appeal was filed (as indicated on the CONSENT FORM); or,

(2) 20% of the **average monthly balance** in the prisoner's account for that six-month period.

The agency having custody of the prisoner shall forward that amount from the prisoner's account to the Clerk of this Court by check made payable to "Clerk, U.S. District Court."

In addition, following payment of the initial partial filing fee, **MONTHLY PAYMENTS** of 20% of the **preceding month's income credited to the prisoner's account** are required until the total filing fee of $455.00 has been paid. **Twenty percent of any deposits** into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court **each time the amount in the account exceeds $10.00** until the total filing fee of $455.00 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

2

III. **Transcripts of Proceedings**

☒ This Court will not presently require the preparation of a transcript or the payment therefor by the United States. To the extent that a transcript of any portion of the District Court proceedings is required, the Court of Appeals may more economically direct which proceedings it requires to be transcribed.

☐ The Court Reporter shall transcribe the proceedings as requested by the party proceeding <u>in forma pauperis</u> and the United States shall bear the expense.

SO ORDERED, this _21st_ day of _September_, 2015.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA