# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
Savannah Division

Robert Alexander

vs

State of Georgia

CASE NUMBER CV415-61

## ORDER

The Judgment of this Court in the above entitled action having been Dismissed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This 30th day of March, 2016.

UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA